IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN RODRIGUEZ,

    Plaintiff,

v.

DOWNEY SAVING AND LOAN ASSOCIATION, et al.,

    Defendants.

No. C 12-00989 WHA

**ORDER TO SHOW CAUSE**

    Pro se plaintiff Juan Rodriguez is hereby ordered to show good cause why he failed to file an opposition or statement of non-opposition to defendants' motion to dismiss as required by Local Rule 7-3. Plaintiff must respond by **APRIL 30**. Otherwise, this action may be dismissed for failure to prosecute. The hearing scheduled for May 10 is **VACATED**.

    **IT IS SO ORDERED.**

Dated: April 16, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE