IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN RODRIGUEZ,

    Plaintiff,

  v.

DOWNEY SAVING AND LOAN ASSOCIATION, et al.

    Defendants.
                                        /

No. C 12-00989 WHA

**ORDER SETTING BRIEFING SCHEDULE AND HEARING**

For good cause shown, pro se plaintiff's failure to file a timely opposition brief is excused. Defendants' motion to dismiss is rescheduled for hearing on **JUNE 14 AT 8:00 A.M.** Plaintiff's opposition brief is due by May 24, and defendants' reply is due by May 31.

**IT IS SO ORDERED.**

Dated: May 1, 2012.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE