IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RODRIGUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>DOWNEY SAVING AND LOAN ASSOCIATION, et al.<br><br>    Defendants.<br>                                   / | No. C 12-00989 WHA<br><br>**NOTICE RE CASE MANAGEMENT CONFERENCE** |

      The case management conference was held as noticed at 8:00 a.m. on June 14. Counsel appeared for defendants. No one appeared at the conference for plaintiff Juan Rodriguez despite being properly noticed. The Court waited until 8:40 a.m. to call the case but no one for plaintiff was present. The case management conference went ahead without Mr. Rodriguez. The judge thought it was best to postpone setting a case management schedule until plaintiff attempts to re-plead, if at all.

Dated: June 14, 2012.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE