IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN RODRIGUEZ,

    Plaintiff,

  v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

    Defendants.

No. C 12-00989 WHA

**ORDER DENYING PLAINTIFF'S MOTION REQUESTING LEAVE TO FILE AMENDED COMPLAINT**

The Court has received plaintiff's filing entitled notice and motion requesting leave to amend and to add a new defendant (Dkt. No. 35). The order dismissing plaintiff's claims advised that "*[a] proposed amended complaint must be appended to the motion* and plaintiff must plead his best case" (Dkt. No. 34) (emphasis added). Plaintiff's instant motion fails to attach a proposed amended complaint or fully explain how his proposed pleading cures the defects in his original complaint. Plaintiff is advised that he must file a motion, noticed on the normal 35-day track, and the motion should explain how the proposed pleading (which should be attached as an exhibit to the motion) cures the defects in his original complaint. Plaintiff's motion for leave to file an amended complaint is **DENIED**.

    **IT IS SO ORDERED.**

Dated: June 28, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE