United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN RODRIGUEZ,

    Plaintiff,

  v.

DOWNEY SAVING AND LOAN ASSOCIATION, F.A., et al.,

    Defendants.
                                  /

No. C 12-00989 WHA

**ORDER REGARDING MOTION REQUESTING LEAVE TO FILE AMENDED COMPLAINT**

       The Court has now received plaintiff's motion for leave to file an amended complaint, including the proposed amended complaint (Dkt. Nos. 35, 38). This motion is hereby set for hearing on **AUGUST 9, 2012, AT 8:00 A.M.** Defendants' opposition shall be due by **NOON ON JULY 17, 2012**. Any reply shall be due by **NOON ON JULY 24, 2012**.

       **IT IS SO ORDERED.**

Dated: July 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE