IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN RODRIGUEZ,

    Plaintiff,

  v.

U.S. BANK NATIONAL ASSOCIATION, successor in interest to the FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; et al.,

    Defendants.

No. C 12-00989 WHA

**ORDER TO SHOW CAUSE**

On July 26, 2012, an order issued granting in part and denying in part plaintiff's motion for leave to file an amended complaint (Dkt. No. 42). The motion was granted with respect to the forgery, misrepresentation, and TILA violations claims against Ms. Bonita; granted with respect to the fraud claim against U.S. Bank; and denied without leave to amend with respect to the concealment, forgery, misrepresentation, and TILA claims against U.S. Bank. Plaintiff was given until noon on August 1, 2012, to file the amended complaint in conformity with the rulings therein, but failed to do so. Plaintiff is **ORDERED TO SHOW CAUSE** why his case should not be dismissed for failure to prosecute. Plaintiff must show cause by **NOON ON AUGUST 24, 2012**.

**IT IS SO ORDERED.**

Dated: August 16, 2012

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE