IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN RODRIGUEZ,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, successor in interest to the FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.,

    Defendant.
                                              /

No. C 12-00989 WHA

**ORDER EXCUSING UNTIMELY SUBMISSION OF AMENDED COMPLAINT**

    For good cause shown, pro se plaintiff Juan Rodriguez is excused for failing to file his amended complaint by the deadline set by the order granting leave to amend (Dkt. No. 42). Plaintiff's proposed complaint, Dkt. No. 45-2, is hereby adopted as the operative complaint in this action.

**IT IS SO ORDERED.**

Dated: September 4, 2012.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE