IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOWNEY SAVING AND LOAN ASSOCIATION, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 12-00989 WHA<br><br><br>**ORDER REQUESTING PRECIS** |

　　　　Plaintiff proceeding pro se has submitted a motion requesting clarification on the "limits on [d]iscovery" that fails to clearly identify the parties' present dispute (Dkt. No. 50). The nature of the dispute also cannot be gleaned from parties' joint Rule 26 discovery plan (Dkt. No. 51). The parties shall submit a joint précis of the current dispute by **FEBRUARY 4 AT NOON**. If necessary, a hearing on the dispute or other steps will be set forth in a subsequent order.

　　　　**IT IS SO ORDERED.**

Dated: January 28, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE