IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RODRIGUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>DOWNEY SAVING AND LOAN ASSOCIATION, et al.,<br><br>    Defendants.<br>                                          / | No. C 12-00989 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

      Upon review of the parties' précis, it is clear that the instant discovery disputes can be addressed at a case management conference. The parties shall file a joint case management statement by **FEBRUARY 14 AT NOON**. The parties shall appear for an initial case management conference on **FEBRUARY 21 AT 11:00 A.M.**

      Plaintiff, who is proceeding *pro se*, is advised that information is available online at http://ccand.uscourts.gov/proselitigants and also in person at the legal help center. An appointment with the legal help center may be made by calling (415)782-9000, extension 8657.

      **IT IS SO ORDERED.**

Dated: February 7, 2013.

                                                    WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE