IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN RODRIGUEZ,

    Plaintiff,

  v.

DOWNEY SAVING AND LOAN ASSOCIATION, et al.,

    Defendants.
_____/

No. C 12-00989 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

Upon review of the parties' précis, it is clear that the instant discovery disputes can be addressed at a case management conference. The parties shall file a joint case management statement by **FEBRUARY 14 AT NOON**. The parties shall appear for an initial case management conference on **FEBRUARY 21 AT 11:00 A.M.**

Plaintiff, who is proceeding *pro se*, is advised that information is available online at http://ccand.uscourts.gov/proselitigants and also in person at the legal help center. An appointment with the legal help center may be made by calling (415)782-9000, extension 8657.

**IT IS SO ORDERED.**

Dated: February 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE