| | |
|---|---|
| 1 | EILEEN R. RIDLEY, BAR NO. 151735 |
| | eridley@foley.com |
| 2 | PATRICK T. WONG, BAR NO. 233222 |
| | pwong@foley.com |
| 3 | YESENIA GARCIA PEREZ, BAR NO. 264880 |
| | ygarciaperez@foley.com |
| | **FOLEY & LARDNER LLP** |
| | ATTORNEYS AT LAW |
| 4 | 555 CALIFORNIA ST., 17TH FLOOR |
| | SAN FRANCISCO, CA  94104-1520 |
| 5 | TELEPHONE:    415.434.4484 |
| | FACSIMILE:    415.434.4507 |

ATTORNEYS FOR DEFENDANT U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN RODRIGUEZ, | CASE NO.: CV 12-00989 WHA (MEJ) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PRO SE PLAINTIFF JUAN RODRIGUEZ'S AND DEFENDANT U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.'S JOINT STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE** |
| DOWNEY SAVING AND LOAN ASSOCIATION; F.A. LAND AMERICA DEFAULT SERVICES; FCI LENDERS SERVICE; TOM ANTHONY, BROKER; ANTHONY ASSOCIATES; AND DOES 1-100, INCLUSIVE, | |
| Defendants. | |
| | CASE FILED: JULY 26, 2010 |
| | JUDGE: HON. WILLIAM H. ALSUP |
| | REFERRED TO MAGISTRATE JUDGE MARIA-ELENA JAMES FOR MANDATORY SETTLEMENT CONFERENCE |

The Court, having reviewed Pro Se Plaintiff Juan Rodriguez ("Plaintiff") and Defendant U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A.'s ("U.S. Bank") Joint Stipulation to Reschedule Settlement Conference, finds that good cause exists to enter an order approving the Stipulation.

IT IS HEREBY ORDERED AS FOLLOWS:

The Settlement Conference scheduled for June 26, 2013 at 10:00 a.m. will be taken off calendar and rescheduled for July 24, 2013 at 10:00 a.m.

IT IS SO ORDERED.

DATE:    April 29, 2013

_____
Hon. Maria-Elena James
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I am employed in the **City and County of San Francisco**, **State of California**. I am over the age of 18 and not a party to this action; my current business address is **555 California Street, 17th Floor, San Francisco, CA 94104**.

On **April 25, 2013**, I served the following document(s) described as: **[PROPOSED] ORDER GRANTING PRO SE PLAINTIFF JUAN RODRIGUEZ'S AND DEFENDANT U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.'S JOINT STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE** on the interested parties in this action as follows:

 X    BY THE FOLLOWING MEANS:
         I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**JUAN RODRIGUEZ**
**2325 94TH AVENUE**
**OAKLAND, CA 94603**

**MICHAEL BOWIE (courtesy copy only)**
**484 LAKE PARK AVE., # 253**
**OAKLAND, CA 94612**

 X    BY MAIL
         X    I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at San Francisco, California. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

 X    Executed on **April 25, 2013**, at **San Francisco, California**.

 X    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                              /S/ VINH TRUONG
                              VINH TRUONG